UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL FRANCOIS,

           Petitioner,

v.                                  Case No. 3:26-cv-458-MMH-SJH

SECRETARY KRISTI NOEM, et al.,

           Respondents.

_____

**<u>ORDER</u>**

Petitioner Michael Francois, an immigration detainee, initiated this action through counsel by filing a Verified Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1) on March 3, 2026. Francois also filed a Motion for a Temporary Restraining Order (Doc. 4). On March 6, 2026, the Court struck the Petition without prejudice because it was a shotgun pleading and Francois failed to clearly identify his claims or the relief he sought. <u>See</u> Order (Doc. 7). It also denied the Motion as moot. <u>See</u> <u>id.</u> Francois now proceeds on an Amended Verified Petition for Writ of Habeas Corpus (Doc. 8), in which he argues that his prolonged detention violates the Fifth Amendment's Due Process Clause as the Supreme Court construed it in <u>Zadvydas v. Davis</u>, 533 U.S. 678 (2001), and Respondents improperly revoked his Order of

Supervision. He has also filed an Amended Motion for a Temporary Restraining Order (Doc. 9).

In the Amended Motion, Francois asks the Court to order Respondents "to cease any ongoing actions and refrain from taking any additional actions toward effectuating [his] removal from the United States until the Court has adjudicated his petition." Id. at 4.

Upon review, the Court finds that the Amended Motion fails to comply with the Federal Rules of Civil Procedure (Rule(s)) and the Local Rules of the United States District Court for the Middle District of Florida (Local Rule(s)). Specifically, the Motion does not include "a precise and verified explanation of the amount of the required security" or a proposed order. See Local Rule 6.01(a)(4), (6); see also Fed. R. Civ. P. 65(c). As such, the Motion is due to be denied without prejudice.

Moreover, Francois essentially asks the Court to stay his removal from the United States pending the adjudication of his Amended Petition. As the Court advised Francois in its prior Order, the Court has no jurisdiction to issue such an order because an order staying removal is a challenge to the Attorney General's decision to "execute [a] removal order." 8 U.S.C. § 1252(g).

2

Accordingly, it is **ORDERED** that Francois's Amended Motion for a Temporary Restraining Order (Doc. 9) is **DENIED without prejudice**.

**DONE AND ORDERED** at Jacksonville, Florida, this 19th day of March, 2026.

**MARCIA MORALES HOWARD**
United States District Judge

Jax-9 3/19
c:      Counsel of Record

3